# United States District Court
# For The Western District of North Carolina
# Statesville Division

RICKIE WILKINSON, DAWN WILKINSON,

    Plaintiff(s),

vs.

KENT HALLSTEN, JOHN GOLDER, ROBERT FROMME, JOHN DOES I-X, ,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:06CV2

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2006, Order.

Signed: August 2, 2006

Frank G. Johns, Clerk
United States District Court